

1 | SEAN P. O'CONNOR, CAL. BAR NO. 155940
2 | JEFFREY M. BLANK, CAL. BAR NO. 217522
   | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3 | A Limited Liability Partnership
   | Including Professional Corporations
4 | 650 Town Center Drive, 4th Floor
5 | Costa Mesa, California 92626-1925
   | Telephone: (714) 513-5100
6 | Facsimile: (714) 513-5130
7 | Attorneys for Plaintiff and Petitioner
8 | COTTONWOOD CHRISTIAN CENTER

**FILED**

DEC 17 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

**LODGED**

DEC 12 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                          DPTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | SOUTHERN DIVISION (SANTA ANA)

12 |

13 | COTTONWOOD CHRISTIAN
14 | CENTER, a non-profit religious
   | corporation,
15 |
   |     Plaintiff and Petitioner,
16 |
   |        v.
17 |
18 | CYPRESS REDEVELOPMENT
   | AGENCY, a public body, corporate and
19 | politic; CITY OF CYPRESS, a municipal
   | charter corporation and political
20 | subdivision of the State of California,
   | acting by and through its city counsel,
21 | commissions, committees, staff, agencies,
22 | departments and officials; and DOES 1
   | through 10, inclusive,
23 |
24 |     Defendants and Respondents.
25 |
26 |
27 |
28 |

SACV02-60 DOC(ANx)
Case Number: SA02-60 DOC(Anx)

**STIPULATION AND [PROPOSED]
ORDER TO DISMISS ACTION
AND RETAIN JURISDICTION**

ENTER ON ICMS

DEC 17 2003

81

**ORIGINAL**

1    TO THE COURT:

2

3        On or about March 11, 2003, the parties to this action jointly submitted a

4    Stipulation and Order to Continue Trial and Related Dates.  A true and correct copy of that

5    Stipulation is attached hereto as Exhibit "A" for the Court's reference.  In summary, the reason for

6    the continuance of the trial and related dates was that the parties had reached a documented

7    settlement of the action, which involved, *inter alia*, completion of a real estate transaction that was

8    scheduled to close on August 31, 2003.  The settlement provides for dismissal of the instant action

9    after the close of the real estate transaction.

10

11       On or about October 13, 2003, the parties to the real estate transaction, including

12   defendant Cypress Redevelopment Agency and plaintiff Cottonwood Christian Center, mutually

13   agreed to extend the target closing date for the real estate transaction from August 31, 2003 to

14   April 15, 2004.  Further, the "Outside Closing Date" for the real estate transaction was extended to

15   July 15, 2004.  The letter agreement extending the target and outside closing dates is attached

16   hereto as Exhibit "B."  In order to ensure that the real estate transaction has closed prior to

17   dismissal of this action, the parties respectfully requested that the Court continue the trial and

18   related dates.  The Court, however, preferred that this matter be dismissed, but that the Court

19   retain jurisdiction over this matter to the extent that the settlement is not consummated and it

20   becomes necessary to reinstate the case.

21

22       Accordingly, the parties respectfully request that the Court dismiss this matter but

23   retain jurisdiction over this matter to the extent that the settlement between the parties is not

24   consummated and it becomes necessary to reinstate the case.

25

26

27

28

W02-OC:NSO\41343376.1                              -2-

DATED: December 11, 2003

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
           SEAN P. O'CONNOR

Attorneys for Petitioner
COTTONWOOD CHRISTIAN CENTER

DATED: December 11, 2003

RUTAN & TUCKER, LLP
JEFFREY T. MELCHING
JOHN A RAMIREZ

ALESHIRE & WYNDER, LLP
WILLIAM W. WYNDER
ANTHONY R. TAYLOR

By _____
           JEFFREY T. MELCHING

Attorneys for Defendants and Respondents
REDEVELOPMENT AGENCY OF THE CITY OF
CYPRESS, and CITY OF CYPRESS

W02-OC:NSO\41343376.1

-3-

## **ORDER**

Based upon the stipulation of the parties, the Court orders as follows:

- This matter is dismissed without prejudice herewith.

- The Court shall retain jurisdiction over this matter to the extent that the settlement between the parties is not consummated and it becomes necessary to reinstate the case.

- In the event that settlement between the parties is not consummated by August 1, 2004, plaintiff Cottonwood Christian Center shall be entitled to reinstate this action before this Court. Such reinstatement shall be accomplished by filing a Request for Reinstatement and Scheduling of Status Conference.

IT IS SO ORDERED.

DEC 1 7 2003

_David O. Carter_
HONORABLE DAVID R. CARTER

W02-OC:NSO\41343376.1

-4-

1

## PROOF OF SERVICE BY MAIL

2    I, the undersigned, declare that I am, and was at the time of service of the
papers herein referred to, over the age of 18 years and not a party to the within action or
3    proceeding. My business address is Sheppard, Mullin, Richter & Hampton **LLP**, 650
Town Center Drive, 4th Floor, Costa Mesa, California 92626-1925, which is located in the
4    county in which the within-mentioned mailing occurred. I am readily familiar with the
practice at my place of business for collection and processing of correspondence for
5    mailing with the United States Postal Service. Such correspondence will be deposited with
the United States Postal Service on the same day in the ordinary course of business.

6

7    On December 12, 2003, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION AND
8    RETAIN JURISDICTION

9    by placing  X  a true copy __ the original in a separate envelope for each addressee
named below, with the name and address of the persons served shown on the envelope as
10    follows:

11                    Jeffrey T. Melching, Esquire
                      Rutan & Tucker
12                    611 Anton Boulevard, 14th Floor
                      Costa Mesa, CA 92626-1998

13

and by sealing the envelope and placing it in the appropriate location at my place of
14    business for collection and mailing with postage fully prepaid in accordance with ordinary
business practices.

15

16    Executed on December 12, 2003, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of
17    America that the foregoing is true and correct.

18                              _Carol Myers_
                                     CAROL MYERS
19

20

21

22

23

24

25

26

27

28

-2-